**U**NITED **S**TATES **D**ISTRICT **C**OURT
**M**IDDLE **D**ISTRICT OF **F**LORIDA
**O**RLANDO **D**IVISION

**JACINTA ALLEN GARCIA,**
                    **Plaintiff,**

**-vs-**                                                        **Case No. 6:07-cv-185-Orl-19KRS**

**UNIVERSAL EMPANADAS RESTAURANT ,**
**INC.,**
**JESUS E. FERNANDEZ, YOLANDA**
**OVALLES ,**
                    **Defendants.**
_____

**REPORT A**ND **RECOMMENDATION**

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration after oral argument on the following motions:

| | |
|---|---|
| **MOTION:** | **AMENDED MOTION TO WITHDRAW AS COUNSEL (Doc. No. 36)** |
| **FILED:** | **June 24, 2008** |

| | |
|---|---|
| **MOTION:** | **AMENDED MOTION TO WITHDRAW AS COUNSEL (Doc. No. 37)** |
| **FILED:** | **June 24, 2008** |

Defendants Universal Empanadas Restaurant, Inc. (Universal Empanadas), Jesus E. Fernandez and Yolanda Ovalles[1] all have been represented by attorneys Anthony Suarez and Matthew Cersine. Suarez and Cersine have moved to withdraw from representing all defendants. Doc. Nos. 36, 37.

---

[1] Ovalles was named in the complaint, but she answered with the surname "Santiago." There is no dispute that Santiago and Ovalles are the same person.

A hearing on the motions to withdraw was held on July 9, 2008. I ordered that Fernandez, individually and as corporate representative, and Ovalles personally appear before the Court at the hearing. Doc. No. 38. Defendants were cautioned that failure to attend the hearing could result in sanctions, including entry of a default. Defendants also were advised that Universal Empanadas could only appear through counsel of record and that if the motions to withdraw were granted and no new attorney entered an appearance, Universal Empanadas would not be permitted to defend itself in the action. *Id.*

Cersine represented at the hearing that he had provided written notice to his clients of the hearing and a copy of the Court's order requiring their attendance. Cersine also represented that he had talked to his clients the morning of the hearing. His clients confirmed that they had received the written notice and the Court's order, but that they did not intend to appear at the hearing. Cersine stated that he believed that his clients understood the Court's order and the potential consequences of not appearing. Cersine further affirmed that Fernandez and Ovalles were the sole owners of Universal Empanadas. Neither Fernandez or Ovalles appeared at the hearing.

Federal Rule of Civil Procedure 16(f) provides, in pertinent part, as follows: "On motion or on its own, the court may issue any just orders, including those authorized by Rule 37(b)(2)(A)(ii)-(vii), if a party . . . (A) fails to appear at a scheduling or other pretrial conference . . . or (C) fails to obey a scheduling or other pretrial order." Rule 37(b)(2)(A)(ii), (iii) permits the Court to strike pleadings in whole or in part and prohibit the disobedient party from opposing designated claims.

It is undisputed that Defendants failed to obey the Court's Order and appear at the hearing. I conclude that Universal Empanadas has abandoned its defense of the litigation.

Accordingly, I respectfully recommend that the Court **GRANT** the Motions for Leave to Withdraw as Counsel. Doc. Nos. 36, 37. I further recommend that the Court **STRIKE** the answer of only Universal Empanadas Restaurant, Inc., doc. no. 8, and direct the Clerk of Court to enter a **DEFAULT** against the corporation for failure to comply with a pretrial order of the Court as required by Rule 16(f). I also recommend that Jesus E. Fernandez and Yolanda Ovalles be allowed to proceed with their defense *pro se*.

Fernandez and Ovalles are cautioned that they will be required to comply with all rules and orders of the Court unless and until they obtain substitute counsel to represent them in this case. The Clerk of Court is directed to mail a copy of this Report and Recommendation to the Defendants at the following address:  11212 Stonegate Ct., Orlando, FL 32837, 407-343-4331. The Clerk of Court should also reflect in the docket that this is the address for Fernandez and Ovalles, and that their telephone number is 407-343-4331.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on July 9, 2008.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy