# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

JACINTA ALLEN GARCIA,

    Plaintiff,

vs.                                           CASE NO. 6:07-CV-185-ORL-19KRS

UNIVERSAL EMPANADAS RESTAURANT, INC.,
JESUS E. FERNANDEZ, YOLANDA OVALLES,

    Defendants.

## ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 40, filed July 9, 2008). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 40) is **ADOPTED and AFFIRMED.** The Amended Motion to Withdraw as Counsel (Doc. No. 36, filed June 24, 2008) and Amended Motion to Withdraw as Counsel (Doc. No. 37, filed June 24, 2008) are **GRANTED.** The answer of **only** Defendant Universal Empanadas Restaurant, Inc. (Doc. No. 8, filed March 2, 2007) is **STRICKEN**. The Clerk of Court shall enter a **DEFAULT** against the corporation for failure to comply with a pretrial Order of the Court as required by Rule 16(f).

Defendants Jesus E. Fernandez and Yolanda Ovalles may proceed with their respective defenses *pro se.*

**DONE AND ORDERED** at Orlando, Florida, this __21st__ day of July, 2008.

_____
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record