# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JACINTA ALLEN GARCIA,**

**Plaintiff,**

**-vs-**                                    **Case No.  6:07-cv-185-Orl-19KRS**

**UNIVERSAL EMPANADAS, INC.,**
**JESUS E. FERNANDEZ, YOLANDA**
**OVALLES ,**

**Defendants.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the following motion:

| | |
|---|---|
| **MOTION:** | **JOINT MOTION FOR ENTRY OF CONSENT FINAL JUDGMENT (Doc. No. 41)** |
| **FILED:** | **July 21, 2008** |

Plaintiff Jacinta Allen Garcia sued her employers, Universal Empanadas Restaurant, Inc.,

Yolanda Ovalles, and Jesus E. Fernandez, for violating the Fair Labor Standards Act (FLSA).  The

parties have moved for entry of consent final judgment.  The presiding judge has referred to me for

Report and Recommendation whether the parties' settlement is a "fair and reasonable resolution of

a bona fide dispute."  Doc. No. 44; *see also Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350,

1353 (11th Cir. 1982).

In her answers to the Court's interrogatories, Garcia averred that she was owed $12,004.95 in

unpaid minimum wages and overtime compensation.  Doc. No. 14.  Under the settlement, Garcia will

receive more than that amount.  Accordingly, because Garcia will receive all of the FLSA wages allegedly due to her, there was no compromise of her claims under the FLSA and no approval of the settlement is required.  *See MacKenzie v. Kindred Hosps. East, LLC*, 276 F. Supp. 2d 1211, 1217 (M.D. Fla. 2003)("*Lynn's Food Stores* addresses judicial oversight of 'compromises of FLSA claims . . . . Since the plaintiff has been offered full compensation on his claim, this case does not involve a compromise . . . [and] there is no need for judicial scrutiny.").

Accordingly, I respectfully recommend as follows:

1. The Court **GRANT** the Joint Motion for Entry of Consent Final Judgment, doc. no. 41;

2. The Court **DISMISS** the case with prejudice;

3. The Court **DIRECT** the Clerk of Court to enter the parties' stipulated final judgment attached to their motion, and, thereafter, to close the file.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on August 12, 2008.

*Karla R. Spaulding*

KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party

-2-

Courtroom Deputy