**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JACINTA ALLEN GARCIA,

    Plaintiff,

vs.                                                               CASE NO. 6:07-CV-185-ORL-19KRS

UNIVERSAL EMPANADAS, INC.,
JESUS E. FERNANDEZ, YOLANDA
OVALLES,

    Defendants.
_____

## ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 45, filed January 11, 2008). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 45) is **ADOPTED and AFFIRMED.** The Joint Motion for Entry of Consent Final Judgment (Doc. No. 41, filed July 21, 2008) is **GRANTED**, and this case is **DISMISSED WITH PREJUDICE.** The Clerk of the Court is directed to enter the parties' stipulated final judgment attached to their motion (Doc. No. 41) and, thereafter, close this file.

**DONE AND ORDERED** at Orlando, Florida, this   26th   day of August, 2008.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record